IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

OCT 1 2 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM LEWIS WEAVER, II,<br>a/k/a "@WillWeaver2,"<br><br>*Defendant.* | Criminal No. 1:17-CR-235<br><br>Counts 1–2: 18 U.S.C. §§ 115(a)(1)(B),<br>(b)(4) & 2(a)<br>Threats Against U.S. Officials, Officers,<br>and Employees<br><br>Counts 3–5: 18 U.S.C. §§ 875(c) & 2(a)<br>Threats in Interstate Commerce<br><br>Forfeiture Notice |

## INDICTMENT

October 2017 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

1. From on or about at least August 23, 2017, and continuing until on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, used the Internet to communicate threats to kill, injure, or otherwise cause bodily harm to federal officials, officers, and employees, as well as members of Virginia law enforcement.

### *Background on the Defendant*

2. The defendant is a 36-year old male, who has resided in Herndon, Virginia, within the Eastern District of Virginia, since at least in or around August 2016. He is the founder of a business that provides technology consulting, website development, and related services.

3. On at least two occasions prior to on or about August 1, 2017, the defendant applied for a passport. The defendant, however, was not able to obtain a passport.

4. Since at least in or around 2011, the defendant has operated a Twitter account with the screenname @WillWeaver2.

### *Background on Twitter*

5. Twitter is a social-networking platform accessible at *http://www.twitter.com* or through a smartphone application that permits its users to follow and interact with other users, including by: creating and reading messages (known as "tweets") that are comprised of no more than 140- to 280-characters and/or images or videos; and communicating in private with other users through communications known as "direct messages."

6. A tweet must be routed through one or more of Twitter's computer servers in order to be posted to Twitter.

7. Between at least on or about August 23, 2017, and on or about September 16, 2017, none of Twitter's computer servers through which tweets are routed are located in the state of Virginia.

### *The Defendant's Conduct Since on or about August 23, 2017*

8. On or about August 23, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 2:26:18 PM EDT | To make sure that we are all very clear, as I seem to have to spell shit out for the #deepstate... |

| | |
|---|---|
| 2:26:59 PM EDT | If the nanotech is not removed, or my passport given to me by 3 weeks time, I will begin to bomb and kill #deepstate employees in mass. |
| 2:27:17 PM EDT | Spelled out, clearly. Try to stop me and see what happens. :^) |
| 2:30:43 PM EDT | Remember: THEY BLOCKED MY PASSPORT OVER THREE TIMES FOR NO REASON!!! I am a prisoner in this nation. See? I TRIED THE PEACEFUL OPTIONS!!!!!! |
| 2:35:31 PM EDT | @StateDept Get me my passport.I've paid three times already.No lies, no bullshit, or it'll be bad. Simple stuff. You have less than 3 weeks. |
| 10:02:25 PM EDT | Someone explain to me how the following logic is not sound: If I have nowhere to go, and little left, and even my body is compromised... |
| 10:02:45 PM EDT | Why should I not begin to burn, bomb and kill as many of these cocksuckers as possible? |
| 10:03:34 PM EDT | The logic appears to be sound. I cannot see a fault in it at this time. |
| 10:39:24 PM EDT | I've thought of multiple ways to destroy the #cia HQ, killing the employees in the process of course. |
| 10:40:36 PM EDT | The problem here is to be able to attempt great feats with little ability, something I've learned through business startups, which is why... |
| 10:41:09 PM EDT | ... the powerful pick up the phone when I call. VX nerve gas via drones, a capable weapon, obtainable, however with wind, and RF jammers... |
| 10:42:13 PM EDT | I found the likelihood, the "dice-roll" to be... to have poor odds. The next is personal residents attacks, too broad, too messy... |
| 10:42:59 PM EDT | I've stumbled upon one answer that would completely wipe out the @cia in one go, all the HQ, and employees. However I would need a team.. |

| | |
|---|---|
| 10:43:59 PM EDT | ... but if a team is needed, than a direct assault on the compound is simply the best option. Roughly 20 to 40 #vets would be needed. |
| 10:44:12 PM EDT | ... and of course, that is written up here: CIA HQ Raid v1.2: https://t.co/tjdRbm6pze |
| 10:46:01 PM EDT | Seemingly, I cannot destroy them singlehandedly. The needed task is simply too large for me. Everyone else is simply 2 cowardly/comfortable. |
| 10:47:38 PM EDT | As for the destruction of the @NSAGov HQ, impossible without aerial-based attacks, bombardment from above. |
| 10:48:18 PM EDT | Unfortunately, it seems that the @usairforce can no longer be fully trusted by the US public. They are too intertwined with the #deepstate |
| 10:49:13 PM EDT | This leaves the @USNavy and possibly the @USMC to help with the destruction of the #nsa HQ. I have my doubts that they would attack. |
| 10:50:05 PM EDT | The only other option to destroy the #nsa HQ is a direct assault,which I assure you would be very difficult,needing many countrymen &amp; women. |
| 10:51:08 PM EDT | By needing, I mean dying. Most people would rather not die, so we've run into a problem here. |
| 10:51:57 PM EDT | From that logic, I've mostly gave up on the idea of the United States. It's kind of over, or so it seems. The New United States, |
| 10:52:33 PM EDT | ... ran by the #deepstate is the new Nazi Germany. We're often the bad guys now. https://t.co/GG1PVimeKO |
| 10:53:09 PM EDT | So I decided to simply leave. However, the #deepstate has now put nanotech in my skull, and my passport has been denied by the @StateDept |
| 10:53:45 PM EDT | So, logic would state, that my only other option is to bomb, burn and kill as many of these #deepstate mother fuckers as possible, ASAP. |

| | |
|---|---|
| 11:12:25 PM EDT | @TheAnonJournal Interesting watching the #cia employees lineup at the gate when attending work@ 9am. How easily 1 could kill several of them with a shotgun. |
| 11:13:49 PM EDT | @TheAnonJournal Just smash the at, kill the guard, &amp; keep pumping at the drivers and reloading until dead. The only problem is that the impact isn't enough. |
| 11:14:27 PM EDT | @TheAnonJournal Killing eight or so cia employees is a tiny drop in the #deepstate bucket, and we need near total destruction of their biological beings. |
| 11:14:51 PM EDT | @TheAnonJournal This is a tricky problem. Unsure. |

9. Then, on or about August 28, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 4:28:02 PM EDT | Logic continues to dictate that bombing the cia , and shotgunning them as they lineup outside the gate at work in the morn is my conclusion. |
| 4:29:03 PM EDT | It is only logical that this is the end of this tale, it is my best positive impact-with-vengeance I can have by myself. |
| 4:29:43 PM EDT | The release of their personal dox may take a few other lives when I'm gone, and maybe in my death and fireworks show I'll kickoff something. |
| 4:31:40 PM EDT | They all line up at those gates like ducks at the county fair shooting gallery, haha.All that evil just a few shotgun blasts away from gone. |
| 5:03:39 PM EDT | I guess we'll see how this ends. I'd rather just leave the nation at this point. |

10. Then, on or about August 29, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 4:58:57 AM EDT | It's annoying when the hatred keeps me from sleeping. They will pay, the cia, the nsa, the insane christians, and on, and on... |
| 4:59:29 AM EDT | There is no "fair", just bloodlust, violence, and then finally peace. |
| 8:27:07 AM EDT | @StateDept You have about 2 weeks 2 get my passport 2 me before the devices set off and the shotgun blasts start. Tick-tock goes the clock. |
| 9:00:43 AM EDT | For the newcomers here, the very real threat I'm stating is due to the fact that... |
| 9:01:19 AM EDT | The Fairfax County courts have denied me my right to state attorney, meaning they plan on jailing me. @aclu @JudicialWatch ... |
| 9:02:02 AM EDT | ... I cannot allow myself to be imprisoned as they ( #deepstate )will either kill me or experiment on me... |
| 9:02:30 AM EDT | ... meaning that this would end in a shootout with the police, or feds, when they come to get me for not appearing in court. See? |
| 9:03:03 AM EDT | This means that I must act first. Do not worry too much, I've outwitted them in a few ways, and am mostly prepared for action, and death. |
| 9:03:46 AM EDT | I have very few other options. The wolf is cornered and lashed. |
| 9:04:46 AM EDT | Either @StateDept gets me my passport, in about a week, which I've paid for 3x now,&amp; they deny for complete BSreasons like"computer glitch" |

| 9:05:49 AM EDT | A foreign government sneaks me out, like @Poland or @Russia ,or we have to end this a bloody. It's a bit in the hands of the @StateDept now. |
|---|---|
| 9:13:48 AM EDT | To clarify, I do not want a shootout w/ the police. I believe that my local police force are good men/women. My battle is w/ the #deepstate |
| 9:56:23 AM EDT | @JudicialWatch @JudicialWatch The #deepstate has convinced a judge to not give me my right to a state-appointed attorney.... |
| 9:56:57 AM EDT | @JudicialWatch ... If this is not corrected, or I escape the US within 2 weeks, there will be bloodshed.Not going out like a bitch. https://t.co/f3i3nqIigC |
| 10:23:18 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi I warned everyone to let me out of the US or they'll be bloodshed ending with me and others dead. |
| 10:24:39 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi ..&amp; it looks like that's going to be the end of this tale. Why? Unsure. Why trap a wolf and not let it go? |
| 10:25:31 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi The person wants to leave the fucking continent, but instead is forced to be trapped, and now imprisoned. |
| 10:28:09 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi Again, to all LEO, #deepstate , everyone. U have less than 2 weeks to get me my passport so I can leave. . |
| 10:28:58 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi Hey, it's all set on my end &amp; you can't stop it if so. |
| 10:29:15 AM EDT | @ACLU @ACLUVA @JudicialWatch @fbi However, I'd rather come out of this alive, too much to do yet. |
| 10:31:53 AM EDT | @[TWITTER USER-1] @ACLU @ACLUVA @JudicialWatch @FBI Listen, they'll arrest me in two weeks or so for not appearing in court, as the judge denied my right to a state lawyer... |

| | |
|---|---|
| 10:32:37 AM EDT | @[TWITTER USER-1] @ACLU @ACLUVA @JudicialWatch @FBI ... this would mean a shootout with local law enforcement, as I cannot allow myself to be arrested. I view the police as good people too. |
| 10:33:17 AM EDT | @[TWITTER USER-1] @ACLU @ACLUVA @JudicialWatch @FBI So, instead, they can either give me my passport to leave the nation, peacefully, I've paid 3x already, they deny for FAKE reasons.. |
| 10:34:03 AM EDT | @[TWITTER USER-1] @ACLU @ACLUVA @JudicialWatch @FBI ... so bombs and shotguns, and dox on #deepstate fams and on and on.I win, either way,I suppose. I've done well,I think,though very trying. |
| 10:34:41 AM EDT | @[TWITTER USER-1] @ACLU @ACLUVA @JudicialWatch @FBI The ball is in their court. I just want to be as clear as possible to everyone who can see it, that I gave everyone plenty of chances. |

11. Then, on or about August 30, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 8:02:15 PM EDT | It's just so hard to decide what I want more, start a new life,or to kill as many #deepstate employees as possible.Tick-tock goes the clock. |
| 8:02:59 PM EDT | @StateDept Less than a week to get that passport to me. |
| 8:15:49 PM EDT | When the MSM calls me a psycho terrorist and all that jazz,after it all goes down,just know that I gave the feds plenty of time to back off. |

12. Then, on or about September 1, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 3:07:37 AM EDT | Quack, quack; mother fucker. ;^) https://t.co/ujd2GtIVSZ <br><br> [Image: DUCK SHOOT carnival game] |
| 3:16:40 AM EDT | I wanna work one of them over with my hands, u know?Not just the shotgun,no,I want to get in their belly witha blade looking into their eyes |
| 3:17:21 AM EDT | ... but patience, and timing! ;^) |

13. Then, on or about September 2, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 5:07:20 PM EDT | @fbi @StateDept Less than a week now. Are you truly so stubborn? Is it pride? |
| 5:07:40 PM EDT | It's kind of like I'm playing a game of chicken with #deepstate but I have a lot less to lose. |

14. Then, on or about September 11, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweet:

| Approximate Time | Tweet (All Errors in Original) |
|---|---|
| 1:34:02 AM EDT | I wake up in the middle of the night from bad dreams, and my first thoughts are of murdering those who comprise the enemy. How I hate. |

15. On or about September 14, 2017, law enforcement officers with the City of Herndon Police Department and a Diplomatic Security Special Agent for the Department of State went to the defendant's residence in Herndon, Virginia, made contact with the defendant for the purpose of discussing the status of the defendant's passport.

16. Then, on or about September 15, 2017, at approximately the times listed in the table below, the defendant used @WillWeaver2 to post the following tweets:

| Approximate Times | Tweets (All Errors in Original) |
|---|---|
| 7:03:54 AM EDT | Police rolled up on my house at 9:30pm, banging on my door. Another @StateDept clown w/ them, but they seemed to have forgotten my passport. |
| 7:04:35 AM EDT | Talking about how I could pay them and shit all over again for my passport. Talking lies in front of the officer, again. Fake ass warrants. |
| 7:05:41 AM EDT | Now I warned you cocksucking assbags @StateDept to get me my shit that's owned to me, yet you insult me by trying to strongarm me. |
| 7:07:29 AM EDT | That is fucking hilarious, as we're past strongarm bullshit, past laws, past all the BS into the nasty shit now, @StateDept How I hate. |

10

| 7:09:14 AM EDT | To the world around me, this sick, vile place; I gave everyone a chance to give me my shit owed to me, &amp; piss the fuck off, but, no. Well... |
|---|---|
| 7:13:49 AM EDT | Y'all will see what 1 man against such odds can do. @cia @NSAGov #DeepState U keep playing chess,&amp; I'll destroy the board &amp; burn the pieces. |
| 7:43:44 AM EDT | Choose your side carefully for the upcoming #CivilWar. Many eyes are upon my situation. |
| 8:46:47 AM EDT | So the cops roll up on my pad trying to intimidate me, and failed. So I just rolled up on their HQ and told them to back the fuck off. |
| 8:47:20 AM EDT | They seem to get the msg. It looks like they've chosen their side in this war. Shame they decided to get involved. |
| 8:48:16 AM EDT | I don't care if you're cia, nsa, police, military, nutty christians. If u fuck with me,I will find you and skull fuck each &amp; every 1 of you. |
| 8:49:04 AM EDT | Today's going to be real interesting. I'm charged up, and have a lot of work to get to. Do not come to my home unless you're looking to die. |
| 9:48:01 AM EDT | And to clarify, when the police came over to start shot, they were antagonizing, flashlight in my eyes, making threats. I didn't back down. . |
| 9:50:27 AM EDT | They came over to get a rise outa me &amp; start shit. I guess they did, but I kept cool enough. These are low-teir tactics. Not my first rodeo. |
| 9:51:11 AM EDT | It might be best to assume that all are enemies at this point. |

17. Also on or about September 15, 2017, the defendant travelled to a store located in or around Sterling, Virginia, within the Eastern District of Virginia, that sells firearms. The defendant selected a shotgun and paid for the firearm and ammunition. The defendant was informed that the purchase could not be completed immediately, and the defendant indicated that he would return the next day.

11

18. Later on or about September 15, 2017, the defendant used @WillWeaver2 to post the following tweet:

| Approximate Time | Tweet (All Errors in Original) |
|---|---|
| 1:41:32 PM EDT | I tried to buy a shotgun for home defence. VA state police put it on delay. Can't trust police anymore. If denied Will get another way. |

19. On or about September 16, 2017, the Federal Bureau of Investigation ("FBI") arrested the defendant. The defendant subsequently disclosed to the FBI that he had previously conducted surveillance of the Central Intelligence Agency.

## COUNT 1
### (Threats Against U.S. Officials, Officers, and Employees)

THE GRAND JURY CHARGES THAT:

20. The Grand Jury re-alleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

21. Between at least on or about August 23, 2017, and continuing to on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, also known as "@WillWeaver2," did threaten to assault and murder a U.S. official, a federal law enforcement officer, and an employee of the United States—to wit, such individuals working at and employed by the Central Intelligence Agency—with the intent to impede, intimidate, and interfere with such official, law enforcement officer, and employee while engaged in the performance of official duties, and with the intent to retaliate against such official, law enforcement officer, and employee on account of the performance of official duties.

(All in violation of Title 18, U.S. Code, Sections 115(a)(1)(B) and (b)(4); and Title 18, U.S. Code, Section 2(a).)

## COUNT 2
### (Threats Against U.S. Officials, Officers, and Employees)

THE GRAND JURY CHARGES THAT:

22. The Grand Jury re-alleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

23. Between at least on or about August 23, 2017, and continuing to on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, also known as "@WillWeaver2," did threaten to assault and murder a U.S. official, a federal law enforcement officer, and an employee of the United States—to wit, such individuals working at and employed by the U.S. State Department—with the intent to impede, intimidate, and interfere with such official, law enforcement officer, and employee while engaged in the performance of official duties, and with the intent to retaliate against such official, law enforcement officer, and employee on account of the performance of official duties.

(All in violation of Title 18, U.S. Code, Sections 115(a)(1)(B) and (b)(4); and Title 18, U.S. Code, Section 2(a).)

### Count 3
### (Threats in Interstate Commerce)

THE GRAND JURY CHARGES THAT:

24. The Grand Jury re-alleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

25. Between at least on or about August 23, 2017, and continuing to on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, also known as "@WillWeaver2," did

knowingly transmit in interstate and foreign commerce from the State of Virginia to one or more locations outside the State of Virginia, that is, by means of Twitter, which is an Internet-based electronic communications service, at least one communication containing a true threat to injure the person of another—to wit, officials, officers, and employees of the Central Intelligence Agency—with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat.

(All in violation of Title 18, U.S. Code, Sections 875(c); and Title 18, U.S. Code, Section 2(a).)

### Count 4
### (Threats in Interstate Commerce)

THE GRAND JURY CHARGES THAT:

26. The Grand Jury re-alleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

27. Between at least on or about August 23, 2017, and continuing to on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, also known as "@WillWeaver2," did knowingly transmit in interstate and foreign commerce from the State of Virginia to one or more locations outside the State of Virginia, that is, by means of Twitter, which is an Internet-based electronic communications service, at least one communication containing a true threat to injure the person of another—to wit, officials, officers, and employees of the U.S. State Department—with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat.

(All in violation of Title 18, U.S. Code, Sections 875(c); and Title 18, U.S. Code, Section 2(a).)

Case 1:17-cr-00235-CMH Document 20 Filed 10/12/17 Page 15 of 16 PageID# 66

## Count 5
### (Threats in Interstate Commerce)

THE GRAND JURY CHARGES THAT:

28. The Grand Jury re-alleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

29. Between at least on or about August 23, 2017, and continuing to on or about September 16, 2017, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM LEWIS WEAVER, II, also known as "@WillWeaver2," did knowingly transmit in interstate and foreign commerce from the State of Virginia to one or more locations outside the State of Virginia, that is, by means of Twitter, which is an Internet-based electronic communications service, at least one communication containing a true threat to injure the person of another—to wit, Virginia law enforcement officers— with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat.

(All in violation of Title 18, U.S. Code, Sections 875(c); and Title 18, U.S. Code, Section 2(a).)

## FORFEITURE NOTICE

30. The allegations contained in Paragraph 1–19 and Counts 1–5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, U.S. Code, Section 981(a)(1)(C) and Title 28, U.S. Code, Section 2461(c).

31. Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, WILLIAM LEWIS WEAVER, II, is hereby notified that, upon a conviction for violating

15

18 U.S.C. §§ 115(a)(1)(B), 373, and 875(c), the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

32. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States also may seek an order that forfeits substitute property if, by any act or omission of the defendant the property described above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, U.S. Code, Sections 981(a)(1)(C) & 982(b)(1); Title 21, U.S. Code, Section 853(p); Title 28, U.S. Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed under seal in the Clerk's Office

Foreperson of the Grand Jury

Dana J. Boente
United States Attorney

By: *Alexander P. Berrang*
Alexander P. Berrang
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Email: Alexander.P.Berrang@usdoj.gov